NOV 28

# H|B|S|S  HALL BOOTH SMITH & SLOVER, P.C.

Karl M. Braun | 611 Commerce Street, The Tower, Suite 3000
P: (615) 313-9913 | Nashville, Tennessee 37203
E: KBraun@hbss.net | P: (615) 313-9913  F: (615) 313-8008  W: www.hbss.net

November 28, 2006

**VIA FACSIMILE**

The Honorable John G. Koeltl
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/06
```

RE: TeeVee Toons, Inc. v. Rep Sales, Inc., et al, 03 CV 10148 (JGK) (KNF)
("**Trademark Action**")
*and*
TVT Music, Inc. v. Rep Sales, Inc., et al, 05 CV 5602 (JGK) (KNF)
("**Copyright Action**")

Dear Judge Koeltl:

This request is in relation to our Motions for Summary Judgment in the above-styled cases due on Thursday, November 30, 2006. Pursuant to Electronic Case Filing Procedure Number Five (5) and communication with the Clerks of Court, Your Honor's written permission is required to file hard copies of Exhibits. Exhibits attached to our Motions for Summary Judgment cannot reasonably be scanned. Defendants would greatly benefit from permission to file hard copies of these Exhibits instead of electronically filing them in volumes.

Thank you for your attention in this matter.

Respectfully Submitted,

*Karl M. Braun*

Karl M. Braun

So Ordered: _____G. Koeltl_____
Honorable Judge John G. Koeltl

KMB
cc: Brian Caplan, Esq.      11/28/06

NASHVILLE | ATLANTA | TIFTON | BRUNSWICK | ALBANY | ATHENS


member of
USLAW
www.uslawnetwork.org