# Hall, Booth, Smith & Slover

### A PROFESSIONAL CORPORATION

KARL M. BRAUN*

ADMITTED IN GEORGIA

ATTORNEYS AT LAW
The Tower, 611 Commerce Street, Suite 2925
Nashville, Tennessee 37203
615-313-9913 Fax 615-313-8008
www.hbss.net

EMAIL:
KMB@HBSS.NET

---

October 22, 2002

SENT VIA FACSIMILE & U.S. MAIL
Karl Washington, Esq.
Washington Law Firm
2818 East Point Street, Suite 2B
East Point, GA 30344

RE:  Ichiban Records, Inc.
     Case No. 99-66017
     Chapter 7: Judge Joyce Bihary
     Ichiban/Colli Park Record Distribution Agreement

Dear Mr. Washington:

Pursuant to our exchange of telephone messages and e-mails, I still have not received the documentation I requested in my correspondence dated August 20, 2002 and which you indicated was forthcoming. Please forward that to my attention as soon as possible.

As we have discussed previously, DM Records, Inc. ("DM") purchased both the Collipark exclusive distribution agreement and the Michael Crooms exclusive artist agreement with Ichiban. Pursuant thereto, DM has exclusive distribution rights for the Ying Yang Twins album <u>Alley</u> currently being distributed by Koch as well as the next 2 Ying Yang Twins albums. As you may know, DM is a full service independent label with distribution through WEA. As such, please consider this correspondence a request that your client honor its distribution obligations by distributing <u>Alley</u> and the 2 subsequent Ying Yang Twins albums exclusively through DM. Please give me a call so that we can facilitate DM's request in this regard.

Thank you for your attention to this matter, and please call me if you have any questions.

With best regards,

Karl M. Braun, Esq.

KMB/djp
Cc:  Mark Watson

H:\KMB Clients\16500019 ColliPark Records\Correspondence\Washington.Karl.ltr2.doc

---

Offices In: Atlanta, Tifton, Brunswick, Albany, Nashville