# ColliPark Music, Inc.

To Whom It May Concern:

This letter is to verify that the manufacturing and distribution agreement between Ichiban Records and ColliPark Records is no longer effective.

_John Abbey_     March 3, 1999
John Abbey

_Michael Crooms_     3/3/99
Michael Crooms