FROM: JOHN ABBEY
ICHIBAN RECORDS, INC.
P. O. Box 724677
Atlanta, GA 31139 (USA)
Phone number: 770-419-1414
FAX number (please reply to): 770-419-1230

Date: 02/23/99

To: MICHAEL CROOMS = SMURF

Re:

Thanks for your return of FAX on saturday.

Obviously, I am very sympathetic to your situaiton; however, as of this moment I am powerless to really help your position since both your personal and company (Colli Park) contracts are still in force with Ichiban and are, therefore, considered as assets.

Since we are seemingly so close to resolving the Ichiban status, there is nothing I can or should do to disturb the status quo.

For selfish motives, I am moving as fast as I possibly can and will do everything in my power to assist you as quickly as possible.

With warmest personal regards,

Page 1 of 1 Page(s)

DM0129
Highly Sensitive