**Main Identity**

**From:** <CCGMP@comcast.net>
**To:** "joe.dmrecords.com" <joe@dmrecords.com>
**Sent:** Wednesday, October 15, 2003 11:27 AM
**Subject:** Re: revised agreement

NOT EXCEPTABLE!THIS AGREEMENT DOESN'T ADDRESS THE VIDEO AND PROMOTION ISSUES IN MY LAST E-MAIL AND YOU CONTINUE TO IGNORE THE FACT THAT YOU HAVE NO RIGHTS IN OR AGREEMENT ALLOWING DM TO USE WHO U WIT PERFORMED BY THE EASTSIDE GIRLZ AND WHO U WIT(6 O'CLOCK REMIX)ON "CERTIFIED CRUNK.AS THE DAYS PAST SO DOES MY PATIENCE.THE AMOUNT OF EXPOSURE DM HAS IN THIS SITUATION IS GREAT.PLEASE BE ADVISED THE AMOUNT THAT IS REQUIRED TO COME TO TERMS ON THIS AGREEMENT INCREASES NOT DECREASES AS THE DAYS GO BY.SOME OF THE ADJUSTMENTS THAT YOU MADE IN THE AGREEMENT ARE OKAY.THERE ARE STILL CONFLICTING CLAUSES IN THE AGREEMENT.THE AGREEMENT SHOULD READ THAT DM AND MIRROR IMAGE EACH HAVE THE RIGHT TO MANUFACTURE, DISTRIBUTE,LICENSE,MARKET,AND PROMOTE, THE INDIVIDUAL MASTERS CONTAINED IN THE CD ALBUM "CERTIFIED CRUNK"AS WELL AS THE MASTER "CERTIFIED CRUNK".THE EXCLUSIVE RIGHTS THAT DM IS TRYING TO ACHIEVE WITH THIS AGREEMENT WILL COME AT A HIGH PRICE.I SUGGEST WE PURSUE THIS PROJECT ON THE BASIS OF OUR ORIGINAL UNDERSTANDING.WHEREAS WE SHARE EVERYTHING INCLUDING THE EXCLUSIVE RIGHTS ON A 50/50 BASIS.
MUSICALLY YOURS,

CARLOS GLOVER



EXHIBIT 7
Glover

Copyright Litigation

DM0189
Confidential
Highly Sensitive

10/29/2003