1    ColliPark Music and ColliPark Records out of that

2    address at some points in time, right?

3         A.    ColliPark Records was nothing but a 12 --

4    that -- that first 12-inch, by a group -- well, it

5    was a name, it really wasn't a group, PMHI, so it was

6    never like a business.  ColliPark Records was -- was

7    never a business.

8         Q.    Okay.  So there were never any other

9    owners or officers of ColliPark Records --

10        A.    No.

11        Q.    -- other than yourself?

12        A.    Huh-uh.

13        Q.    And there was no difference between

14   ColliPark Music and ColliPark Records other than the

15   name, right?

16             MR. CAPLAN:  Objection as to form.

17        Q.    (By Mr. Braun)  You can answer.

18        A.    Repeat that.  That sounds like a trick

19   question.

20        Q.    There was -- there was -- well, let me ask

21   you this:  Was there any difference between ColliPark

22   Music and ColliPark Records in the sense of how they

23   operated other than the name?

24             MR. CAPLAN:  Objection as to form.

25             THE WITNESS:  ColliPark Records wasn't --

1    wasn't a company, it was just a name that I used

2    for that 12-inch.  When I started my company,

3    ColliPark Music was formed, and that's what that

4    was.  It was more production and -- and -- and

5    -- it was more of a production company but, you

6    know, we used it as a -- as a record company

7    also.

8        Q.    (By Mr. Braun)  You used ColliPark Music

9    as a record company?

10        MR. WASHINGTON:  I'm going to make an

11    objection.  The relevancy to ColliPark Music as

12    it relates to the TVT issue has no bearing on

13    this case.  His entities and what he does and

14    how he did it has no bearing on this particular

15    matter, to my understanding.

16        I don't know enough about the TVT issue

17    other than the fact that it has no bearing on

18    the ColliPark Music versus ColliPark Records.

19        MR. BRAUN:  Okay, well, you're --

20        MR. WASHINGTON:  So I'm going to have a

21    standing objection, and if we can have that on

22    the record to continue on.

23        MR. BRAUN:  It's noted.

24        MR. WASHINGTON:  Okay.

25        Q.    (By Mr. Braun)  Now, you say ColliPark

1   Music operated as a record company, though, right?

2       A.    It was as a -- yes.  Yes.

3       Q.    And you used the same logo, in fact, for

4   ColliPark Records as you did for ColliPark Music

5   in --

6       A.    No.  One --

7       Q.    -- certain instances, right?

8       A.    No.  No.  The logo of ColliPark Records

9   always had "records" on it, ColliPark Music had

10  "music" on it.

11      Q.    The same -- same logo picture, though?

12      A.    The same picture but it's not the logo.

13  The difference was that ColliPark Records had

14  "records" on it, ColliPark Music had "music" on it.

15      Q.    And now how did you separate ColliPark

16  Records and ColliPark Music, if --

17      A.    Well, I --

18      Q.    -- you did?

19      A.    -- I officially started my company --

20            MR. CAPLAN:  Object to the form of the

21      question.  Go ahead.

22      Q.    (By Mr. Braun)  you can answer.

23      A.    I -- I started my company with ColliPark

24  Music.  I -- I got incorporated and officially

25  launched that company, ColliPark Music.  ColliPark

13

1    Records didn't have any -- there was nothing to

2    ColliPark Records.

3         Q.    But you were ColliPark Records, right?

4               MR. CAPLAN:  Objection as to form.

5         Q.    (By Mr. Braun)  You were the only person

6    involved with ColliPark Records?

7         A.    ColliPark Records was never a company.

8         Q.    Okay.  So it was a sole proprietorship?

9         A.    Whatever you want to call it, however

10   you -- I -- I don't -- I wouldn't -- I wouldn't know

11   the terms to use for that.

12        Q.    Did you have any partners --

13        A.    No.

14        Q.    -- with ColliPark Records?

15        A.    No.

16        Q.    So you were the only one involved --

17        A.    Involved with it --

18        Q.    -- with ColliPark Records?

19        A.    -- I'll tell -- I'll give you that, yes.

20        Q.    Okay.  And you were the sole shareholder

21   and sole director and -- of --

22        A.    Yeah.

23        Q.    -- ColliPark Music, right?

24        A.    Correct.

25        Q.    Okay.  And they both operated at some

14

1   point out of 135 Rockfort Court, right?

2        A.    I lived at 135 Rockfort Court; ColliPark

3   Records was, as I stated, something that was just

4   used for that 12-inch.  It wasn't a company that was

5   formed.  It was never incorporated.

6        Q.    But since you lived at 135 Rockfort Court,

7   you operated both ColliPark Music --

8        A.    If that's --

9        Q.    -- and ColliPark Records --

10       A.    If that's --

11       Q.    -- from that address, right?

12       A.    -- if that's how you want to say it.

13  That's where I lived.

14       Q.    And that's where you operated both those

15  businesses?

16       A.    That's where I lived.  That's where I

17  lived.

18       Q.    Did you operate either one of those

19  businesses any -- at any other address --

20       A.    If --

21       Q.    -- during the time that you lived there?

22       A.    -- if ColliPark Music was started while I

23  was at 135, it -- that was operated out of there.

24       Q.    Okay.  So --

25       A.    I don't remember -- I don't remember the

1    time frame.

2         Q.    Okay.  Well, I've got correspondence

3    between you and John Abbey as ColliPark Music, and

4    it's from 135 Rockfort.

5         A.    Okay.

6         Q.    I'll show that to you later, but --

7         A.    Okay.  I'm give -- I'm giving you that.

8         Q.    Okay.

9              MR. BRAUN:  I need to mark this as an

10   exhibit.  I don't know which exhibit we're up

11   to.

12             MR. CAPLAN:  Why don't you make this

13   Crooms 1.

14             MR. BRAUN:  If that -- do you think that's

15   the best way to do it?

16             MR. CAPLAN:  It's been marked --

17             MR. BRAUN:  That's fine.

18             MR. CAPLAN:  -- it's been marked

19   previously --

20             MR. BRAUN:  That's fine.

21             MR. CAPLAN:  -- I think.

22             MR. BRAUN:  Right.

23             MR. CAPLAN:  If it's what I think it is.

24   Do you have an extra one for me?

25             MR. BRAUN:  I don't know if it has or not.

1      Q.     But if you don't remember, you can tell

2  me --

3      A.     Yeah, I don't --

4      Q.     -- you don't remember.

5      A.     Yeah, I don't really remember.

6      Q.     Okay.  Okay.

7            The Ying Yang Twins -- well, let me ask

8  you this, the Ying Yang Twins did appear on records

9  that were distributed by Ichiban; isn't that correct?

10     A.     One record, to my -- to my knowledge.

11     Q.     And --

12     A.     That I -- that I put out.  I mean, that I

13  did, as DJ Smurf.

14     Q.     Okay.  Which one?  Which --

15     A.     That I can -- that I can recall.

16     Q.     Which record?

17     A.     "Dead Crunk."

18     Q.     What about -- and -- and what -- I'm

19  sorry, strike that.

20            What singles or what tracks did they

21  appear on in that record?

22     A.     "One On One," I think it was a record

23  called "One On One."  "One On One."

24     Q.     Right, I got that.  Anything else?

25     A.     On that record?

1   Q.      Any other tracks?

2   A.      (Witness shakes head negatively.)

3           MR. CAPLAN:  I have it, if you want to

4   show the witness.

5           MR. BRAUN:  Okay.

6   Q.      (By Mr. Braun)  And that album was

7   distributed by Ichiban; is that right?

8   A.      Correct.

9   Q.      And that's pursuant to the agreement that

10  we've just marked as Crooms Exhibit 1?

11  A.      No.  This -- this is -- that record wasn't

12  under this agreement.  The only record I put out up

13  under this agreement was -- was the PMHI single.

14  Q.      How was the "Dead Crunk" distributed then?

15  A.      Do you have -- through Ichiban.  But that

16  was under my artist name, DJ Smurf.

17  Q.      I understand that it was created under the

18  artist agreement as you as DJ Smurf, but how did you

19  understand it was distributed, though --

20  A.      Oh.

21  Q.      -- under --

22  A.      Distributed -- DJ Smurf, the artist, was

23  distributed through Ichiban.

24  Q.      Pursuant to the agreement that we just --

25  A.      This --

24

1      A.      (Reviews document)   It appears to be.

2      Q.      Okay.

3              MR. BRAUN:   Okay, we can take a break.

4              THE VIDEOGRAPHER:   Off the record.

5              (Recess from 10:01 a.m. to 10:08 a.m.)

6              THE VIDEOGRAPHER:   Back on the record.

7      Q.      (By Mr. Braun)   Mr. Crooms, like -- and I

8      think your attorney already explained this to you,

9      but I'll try to wait for you to finish your answer

10     before I start my next question.

11     A.      Okay.

12     Q.      And if you can wait for me to finish my

13     question before your next answer --

14     A.      Okay.

15     Q.      -- it makes it easier for --

16     A.      Okay.

17     Q.      -- the court reporter.

18             I'm looking at what's been marked in this

19     case as Plaintiff -- Plaintiff's Exhibit 12, which is

20     the "Dead Crunk" record that you just referenced,

21     right?

22     A.      Correct.

23     Q.      And on the back of the "Dead Crunk" record

24     is the ColliPark logo with ColliPark Records; is that

25     correct?

1  A.  Correct.

2  Q.  Why would that logo be on there if it

3  wasn't distributed pursuant to the distribution

4  agreement between Ichiban and ColliPark Records?

5  MR. CAPLAN:  Objection as to form.

6  MR. WASHINGTON:  And I'm going to continue

7  my standing objection, that this deposition

8  being taken is taken outside of the scope of the

9  -- the matter that's being currently litigated

10  for this particular issue, for this particular

11  matter, for this particular court.  And I'm

12  going to continue to make that objection.

13  MR. BRAUN:  Well, you made a continuing

14  objection earlier.  Either you reiterate it or

15  you're going to have a continuing objection --

16  MR. WASHINGTON:  That --

17  MR. BRAUN:  -- whichever you want to do.

18  MR. WASHINGTON:  In addition to that, I

19  want to -- I want to state that the -- the

20  transcript in this matter should not be allowed

21  to be used in the matter that's involving DM and

22  ColliPark that's currently being arbitrated.

23  MR. BRAUN:  Your objection is noted.  I

24  totally do not agree with that, I don't

25  stipulate to that.  If you want to try to find a

26

1  court that will give you an order to that

2  effect, then that's fine.

3  And we understand your objection.  So if

4  you could object --

5  MR. WASHINGTON:  Okay.

6  MR. BRAUN:  -- to the form from now on to

7  keep it moving along, I would appreciate it.

8  You've got your objection on the record and I

9  have recognized it.

10  Q.  (By Mr. Braun)  So going back to the "Dead

11  Crunk" record, my question was:  Why would that logo,

12  the ColliPark logo with the words "ColliPark Records"

13  be on that album if it wasn't -- if it wasn't

14  distributed pursuant to the exclusive distribution

15  agreement between ColliPark and Ichiban which was

16  marked as Crooms Exhibit 1?

17  MR. CAPLAN:  Object to the form of the

18  question.

19  THE WITNESS:  Okay.  Okay, can I answer

20  now?

21  Q.  (By Mr. Braun)  Yeah.

22  A.  Okay.  The 1997 --

23  MR. WASHINGTON:  Right here, this one

24  (indicating).

25  THE WITNESS:  Let me look at this real

1    quick.

2          MR. BRAUN:   Yeah.   Take your time.

3          MR. CAPLAN:   Can I see the CD in the

4    interim?

5          THE WITNESS:   Okay.   All right.

6          As I recall, the artist contract for the

7    "Dead Crunk" LP was just that, it was an artist

8    contract, whereas Ichiban was the record

9    company.   ColliPark was not a part of that deal,

10   it was just a logo on that -- on that -- that

11   album, whereas the distribution agreement of

12   1998 was between ColliPark Records where --

13   where I guess it -- it was as a company to -- to

14   make or manufacture or produce phonograph

15   records for Ichiban to distribute.

16         If I'm not being clear, what I'm saying

17   is --

18         MR. BRAUN:   Can I see that?

19         THE WITNESS:   -- the artist agreement was

20   for me just as an artist, it had nothing to do

21   with ColliPark.   I don't see ColliPark nowhere

22   on my artist agreement, as it relates to that

23   record.   They just put that logo on there.

24   Q.     (By Mr. Braun)   They put your -- this logo

25   on there --

1      A.      Right.

2      Q.      -- without your permission?

3      A.      Right.  No, I didn't say without my

4   permission.  It was just a logo.  But my company was

5   not a part of that record.  This is the agreement

6   that pertains to that record, right here.

7      Q.      And so the ColliPark logo is on here for

8   no particular reason?

9      A.      Exactly.  I -- I asked them to put it on

10  there, but there -- it was -- it was not a company.

11     Q.      But under your distribution agreement --

12     A.      That was the -- that was the year -- I'm

13  sorry, go ahead.

14     Q.      Under your distribution agreement, and on

15  the second page, if you've got it there, Paragraph 2

16  talks about -- 2.A, B and C talk about Ichiban's sole

17  and exclusive right to advertise, promote, and sell

18  the recordings of the record company -- which the

19  party to this agreement is ColliPark Records -- and

20  the right to publicly perform or permit the

21  performance by others and also to use the likenesses

22  and the biographical material of all persons,

23  performances embodied in the manufacturer's

24  recordings.

25              And if you look at this recording, it

1    looks like a manufacturer's recording because it's a

2    ColliPark Records recording, right?

3               MR. CAPLAN:  Object to the form of the

4         question; asked and answered.

5               THE WITNESS:  Why are --

6               MR. BRAUN:  That's not a proper --

7               MR. CAPLAN:  And argumentative.

8               THE WITNESS:  Why -- what I don't

9         understand -- you tell me -- you tell me, if I

10        did a contract, right, and a year earlier, in --

11        in '97, if I'm correct, for that record, the

12        contract right here clearly states DJ Smurf, it

13        says nothing about ColliPark on this contract,

14        as an artist for that record.  This contract was

15        done a year -- this contract has nothing to do

16        with that album, so I don't understand what the

17        relevance -- why you keep comparing that album

18        to this contract.

19        Q.    (By Mr. Braun)  Because this is a

20   ColliPark Records album.

21        A.    But -- but no, it's not.  No, it's --

22        Q.    Anybody that looks at this record --

23        A.    It doesn't -- it doesn't matter.  You're

24   looking at the contract --

25               MR. CAPLAN:  Counsel, you're being

1        argumentative here.

2        Q.    (By Mr. Braun)  Let me ask -- let me

3    ask --

4              MR. BRAUN:  You've made your --

5              MR. CAPLAN:  Don't argue with the witness.

6              MR. BRAUN:  You've made your objection.

7    You don't represent this witness.

8        Q.    (By Mr. Braun)  Now, if you're looking at

9    this as a consumer, you look at this, you understand

10   it to be a ColliPark Records release, right, wouldn't

11   you?

12             MR. CAPLAN:  Objection.

13       Q.    (By Mr. Braun)  From a consumer --

14             MR. CAPLAN:  Objection as to form.

15       Q.    (By Mr. Braun)  -- point of view?

16             MR. WASHINGTON:  Already -- he's already

17   answered the question.

18             MR. BRAUN:  That's not a proper objection.

19             MR. WASHINGTON:  I object to --

20       Q.    (By Mr. Braun)  From the consumer's --

21             MR. WASHINGTON:  -- the form of the

22   question.

23             MR. BRAUN:  Okay, your objection is noted.

24       Q.    (By Mr. Braun)  Now, can you answer it?

25       A.    If you're a consumer -- if you're a

1   consumer and you look at --

2       Q.      Looking at this record.

3       A.      If you looked at that, it appears to be

4   ColliPark -- Ichiban and ColliPark Records.   However,

5   if you -- if you look at this contract, which is the

6   legal aspect of this record --

7       Q.      Well, and the Court will do that.

8       A.      Well -- well, this is what I'm saying

9   is --

10          MR. CAPLAN:   Please don't interrupt the

11      witness when he's giving an answer.

12          THE WITNESS:   What I'm saying is --

13          MR. BRAUN:   You're not representing this

14      witness.

15          MR. CAPLAN:   If he's in the middle of

16      giving an answer, you can't cut him off.

17          MR. BRAUN:   Thank you, Mr. Caplan.   Thank

18      you.

19          MR. CAPLAN:   You're welcome.

20          MR. BRAUN:   We've noted your objection.

21          MR. CAPLAN:   Okay.

22      Q.      (By Mr. Braun)   Go ahead.

23      A.      I'm sorry, you can -- you can continue.

24      Q.      You can finish your answer.

25      A.      I don't -- you can restate the question if

32

1    you want to.

2         Q.    Okay.  Well, I think I got my answer.

3         A.    Okay.

4         Q.    What were you going to say about the

5    contract?  You said as a consumer you would assume

6    that it could be Ichiban/ColliPark Records, but the

7    contract, and then you -- I interrupted you.

8         A.    I was -- I was only an -- it was just an

9    artist contract that was done for this album, that's

10   it.

11        Q.    Was it done for any other albums?

12        A.    Whatever the term for this album, as --

13   for DJ Smurf.  Not ColliPark, just for DJ Smurf as an

14   artist.

15        Q.    Anything created pursuant and under the

16   term as set forth in the agreement, right?

17             MR. CAPLAN:  Objection as to form.

18             MR. WASHINGTON:  Objection as to form of

19        the question.

20        Q.    (By Mr. Braun)  Well, you said "the term,"

21   I'm just trying to get you to explain.

22        A.    Like if this -- I don't remember like the

23   term, if it said four albums for DJ Smurf, that's

24   what this contract is for, not ColliPark.  DJ Smurf

25   as an artist, as a solo artist.

33

1    Q.    Okay.  Do you remember how many albums --

2    A.    No.

3    Q.    -- off the top of your head?

4    A.    I -- I don't remember.

5    Q.    But you only created that one album under

6    that contract, to your knowledge?

7    A.    Yeah.  And then we -- we -- Fortune,

8    another company came in, and bought out the next

9    album for -- understand for DJ Smurf.

10    Q.    What company was that?

11    A.    I think it was Fortune Entertainment.

12    Q.    And do you remember the name of that

13    album?

14    A.    "NonStop Booty Shake."

15    Q.    And did that come out?  Was that released?

16    A.    Yes.

17    Q.    And what company released that record?

18    A.    Fortune --

19    Q.    And who --

20    A.    -- Entertainment.

21    Q.    And who distributed that record?

22    A.    I don't recall.

23    Q.    I'm not going to pronounce this name

24    correctly, I'm sure, but who is Gobind Madan?

25    A.    It's my accountant.

34

1      Q.      Okay.

2              MR. CAPLAN:   How do you spell that?

3              MR. BRAUN:   G-o-b-i-n-d M-a-d-a-n.

4      Q.      (By Mr. Braun)  And he's still the

5      registered agent for ColliPark Booking?

6      A.      Correct.

7      Q.      And for what --

8      A.      Accountant.  I don't know -- when you say

9      "agent," what does that mean?

10     Q.      Well, he's listed as the registered agent

11     with the Secretary of State.  So he --

12     A.      Okay.

13     Q.      -- he probably filed your papers and

14     listed --

15     A.      Okay.

16     Q.      -- himself as the registered agent.

17     A.      Okay.

18     Q.      For what purpose was ColliPark Booking

19     formed?

20     A.      Booking concerts.

21     Q.      For what artists?

22     A.      Any -- main --

23             MR. WASHINGTON:   I object to the form of

24     the question.

25             THE WITNESS:   Mainly artists that -- that

86

1    Q.    Do you personally -- do you personally

2    have a manager?

3    A.    No.

4    Q.    How do you typically get your producing

5    jobs?

6    A.    People find me.

7    Q.    How would you define the term "remix"?

8          MR. WASHINGTON:  I object to the form of

9    the question.

10   Q.    (By Mr. Braun)  How would you define what

11   a remix is?

12   A.    In today's terms, it's -- it's hard.

13   Taking a -- a record and just doing something

14   different to it and putting it back out.

15   Q.    I -- it's common --

16   A.    Plain and simple.

17   Q.    It's common in urban music, right?

18   A.    Yes, it is.

19   Q.    And it's becoming more common in other

20   genres, right?  If --

21   A.    I --

22   Q.    -- you know?

23   A.    I wouldn't know.

24   Q.    Okay.  And you've done remixed

25   productions, right?

1    A.    Correct.

2    Q.    And how many -- how many remixed

3  productions do you think you've been involved in in

4  your career, just roughly?

5    A.    I -- about five.  At least five.

6    Q.    And have you ever been involved in

7  producing a remix in which the original artist didn't

8  participate in your remixing process?

9    A.    Yes.

10    Q.    What -- that's not uncommon, right?

11    A.    Correct.

12    Q.    Do you remember a specific project as you

13  sit here today?

14    A.    Bubba Sparxxx, but I did the original

15  record though, also.

16    Q.    And --

17    A.    So he was involved in the original record.

18    Q.    Right.

19    A.    Which I produced, but I remixed it.

20    Q.    But not in the remix?

21    A.    Right.

22    Q.    And did you remix that with the Ying Yang

23  Twins?

24    A.    No.

25    Q.    Okay.  What did that appear on?