77

 1                    L. Ferrara, Ph.D.
 2         A.    No.  Not off the top of my head,
 3    no.
 4         Q.    I want to play you some 30-second
 5    tracks.  They're just 30 seconds of songs.
 6    And I want to see if you can identify the
 7    song.  I have the complete versions too.  I
 8    want to see if you can identify them from the
 9    30 seconds that I have in the CD, okay?  I
10    mean, from your experience.  If you can't,
11    that is fine.  I just want to find out.
12              MR. CAPLAN:  I'll object to the
13         line of questioning.  You can do the
14         best that you can.
15              MR. BRAUN:  We are testing his
16         knowledge.
17              MR. CAPLAN:  Are you going to
18         mark these as exhibits?
19              MR. BRAUN:  Not right now, no.
20         I don't have to mark them, Brian.
21              MR. CAPLAN:  I'm entitled to a
22         copy though, of what you are asking the
23         witness about.
24              MR. BRAUN:  Okay.
25              (Audio playing.)

               CLASSIC REPORTING, INC. (212) 268-2590

```
 1                    L. Ferrara, Ph.D.
 2        Q.    Were you able to recognize that
 3   particular composition?
 4        A.    I don't know the name of the
 5   composition or the artist.
 6        Q.    I'm trying to see how to advance
 7   this.
 8              I don't suppose there is a remote
 9   control here.
10              (Audio playing.)
11        Q.    Same question, do you recognize
12   the composition?
13        A.    No.  I don't.
14              I should ask you -- can you just
15   shut that off for a moment -- could you be
16   more specific about your use of the word
17   "recognize"?  In that question, do you mean do
18   I know the specific composition from which
19   that comes?
20        Q.    Right.
21        A.    Then the answer continues to be
22   no.
23              MR. BRAUN:  I've only got six of
24        these.
25              MR. CAPLAN:  Again I'd ask for a
```

79

1      L. Ferrara, Ph.D.
2      copy of each of the six at some point
3      in time.
4              MR. BRAUN: Okay.
5              (Audio playing.)
6      A.    In all of the instances so far,
7  the style of the music sounds exactly like the
8  radio station to which my wife has our wake-up
9  alarm set. So I usually wake up in the
10 morning to this kind of music every morning.
11 To the extent I need an alarm. But as to
12 which specific song that comes from which I
13 may have heard one of those mornings, I can't
14 say.
15             (Audio playing.)
16     A.    Once again, a lovely example like
17 the others of music in the jazz genre, but I
18 can't say specially from which composition or
19 recording that originates.
20     Q.    When you say these are all in the
21 same genre, you are including the first one as
22 well?
23     A.    I have to go back and listen to
24 the first one. There were certainly jazz
25 elements. I'm using jazz in the very generic

80

```
 1                    L. Ferrara, Ph.D.
 2    sense.  There are certainly jazz elements as I
 3    recall, in all of them.
 4                    (Audio playing.)
 5            A.      First, that's not in a jazz
 6    genre.  And I have go back and listen to every
 7    one of them again to make sure that was the
 8    case.  But I do not know the composition from
 9    which that originates.
10            Q.      Okay.  And then the last one.
11                    (Audio playing.)
12            A.      This last one is in the jazz
13    style, and I do not know the original
14    recording off the top of my head.  That is not
15    to say I haven't heard it before.  I can't
16    say.
17            Q.      All six of those excerpts were
18    from versions of the same song "My Favorite
19    Things."  Would you in the first instance the
20    outcast track, would you -- or in any of those
21    instances, would you have been of the opinion
22    that changed the fundamental character of the
23    song "My Favorite Things" which was originally
24    done by Julie Andrews or performed by Julie
25    Andrews?
```

1            L. Ferrara, Ph.D.
2       Q.    It's "My Favorite Things" and
3  it's from Giant Steps.
4       A.    Thank you.
5             (Audio playing.)
6       A.    I have heard enough.
7             Could you repeat your question,
8  please?
9       Q.    So you don't need to hear the
10 whole thing after all?
11      A.    No.
12      Q.    Okay.
13            I can have her read it back I
14 guess, but -- my question was, in your
15 opinion, does that particular work -- would
16 that be, in your opinion, be considered a
17 derivative work?
18            MR. CAPLAN:  I'd like the hear
19     the entire thing.
20            (Audio playing.)
21      A.    In my opinion, that represents a
22 derivative work of the original work.
23      Q.    Okay.  And why?
24      A.    Because in addition to the
25 presentation of the original work and that is

```
 1                 L. Ferrara, Ph.D.
 2   at the head and then at the repeat of the head
 3   sometimes called recapitulation in music which
 4   is clearly evident and obvious that it's "My
 5   Favorite Things," in the midst of -- in the
 6   middle of those two presentations of the
 7   original, you have new and in terms of artists
 8   rights again, this is the gray area, new
 9   copyrightable material.  The writer of "My
10   Favorite Things" did not write any of those
11   improvisations.  Coltrane created them.  He
12   composed them, through improvisation.  And so
13   that represents, in my opinion, new
14   copyrightable material and in that sense, we
15   have in this instance a derivative work to the
16   original.
17         Q.   Does the fact that all the lyrics
18   were deleted have any impact on that opinion?
19         A.   The fact that the lyrics are
20   deleted does not impact any further or does
21   not make my opinion different.  That is, it's
22   still a derivative work.
23         Q.   In your opinion, can you cover --
24   do you understand what I mean by cover --
25         A.   I do.
```

                                                                89

```
1                    L. Ferrara, Ph.D.
2         Q.    -- so that I don't ask a
3    foundationless question?
4               In your opinion, can a performer
5    cover a composition instrumentally without
6    creating a derivative?
7               MR. CAPLAN:  Objection as to form
8         of the question.  Calls for a legal
9         conclusion.
10              You can answer.
11        A.    I have to answer it in two parts.
12   The first is that hypothetically I would say
13   yes, one certainly could create a cover, an
14   instrumental version of a song like "My
15   Favorite Things" and without the lyrics and
16   perform it identically to the original.  And
17   the point of your question was -- would that
18   be --
19        Q.    My question was, can a performer
20   cover a particular composition instrumentally
21   without creating a derivative?
22              MR. CAPLAN:  Same objection.
23        Q.    In your opinion.
24        A.    This is getting into the
25   intricacy of the law that I don't have
```
CLASSIC REPORTING, INC. (212) 268-2590

```
 1                    L. Ferrara, Ph.D.
 2    sufficient expertise in.  So, I'll once again
 3    answer it in two ways.  The first is to say:
 4                 Yes, I think that if one were to
 5    provide an instrumental version, an
 6    instrumental cover without the lyrics, that
 7    that might not be a derivative work.  But I
 8    can't say for sure.  I really don't have an
 9    opinion.  It's simply too much involved in
10    legalese for me.
11                 The second part of it is that to
12    the extent that the message of those original
13    lyrics has been deleted, then I wonder, again
14    not being a lawyer --
15         Q.   Well that's why -- you're getting
16    to why I asked the question, but go ahead.
17         A.   I wonder why -- I wonder whether
18    the fundamental character of the original
19    song, which includes lyrics and melody, music
20    lyrics and music, has not be changed.  Because
21    that message of the, you know, of the original
22    song, of the original composition includes
23    both lyrics and music.  So I would have to
24    wonder whether that were the case.
25         Q.   Do you have any knowledge of the
```