ELIZABETH MARLOWE

subjective.

Q    Have you ever been asked before to determine whether or not a modification to previously existing song changed its fundamental character?

A    In a professional capacity, no.

Q    Would such an analysis depend upon the facts of each case?

         MR. BRAUN:  Object to the form.

A    I'm not sure if we're talking about the facts of the case.  I don't understand what you mean by the facts of the case.  I think it depends on -- I mean I think that being able to sit down and listen to two pieces of music, as a songwriter myself, I'm very protective of the bundle of rights that I create when I sit down to write.  So from my perspective, if the fundamental, the basic message of the song remains the same, this are certain avenues of artistic expression that may result in a different arrangement of the song, but I believe in it's in the ear of the beholder.

ELIZABETH MARLOWE

or so, give or take.

Q    And those 30 tracks were different variations of the six original recordings or songs?

       MR. BRAUN:  Object to the form.

A    Six or seven.  I thought Lil' Jon Mega Mix was seven it was licensed -- this was an original -- it was licensed as an original Lil' Jon Mega Mix.  So there are seven.

Q    The copyright infringement case are only with respect to six underlying PA copyright?

A    Okay.

Q    So with respect to those six underlying compositions, you listened to 30 or so derivations?

       MR. BRAUN:  Object to the form.

A    I listened to 30 or so versions of the songs, yes.

Q    And of those 30, you found that despite any modifications to the originals, the fundamental character of each work remained the same?

ELIZABETH MARLOWE

1
2  A     Yes.
3       MR. CAPLAN:  Off the record.
4       (Whereupon, a discussion was held
5  off the record.)
6  BY MR. CAPLAN:
7  Q     Have you ever heard John Coltrane's
8  version of My Favorite Things?
9  A     Yes.
10 Q     Have you heard Julie Andrew's
11 version of the same song?
12 A     Yes.
13 Q     So is it you're understanding that
14 Julie Andrew's version of the same song
15 predated John Coltrane's?
16 A     Yes.
17 Q     Based upon -- withdrawn.
18       Do you understand that John Coltrane
19 added an improvisational section to the
20 song that was not found in the original
21 release of the song?
22 A     Yes.
23       MR. BRAUN:  Object to the form.
24 BY MR. CAPLAN:
25 Q     Is it your understanding that the

ELIZABETH MARLOWE

additions to the song created by John Coltrane would be his own independent expression?

A    Yes.

Q    And is it your understanding that that independent expression from that song created by John Coltrane would be subject by itself to copyright protection?

A    No.

Q    What leads you to that conclusion?

A    It's an arrangement. It's a jazz arrangement of a pop standard.

Q    Have you listened to John Coltrane's song in the last year?

A    Yeah. I have that CD, actually.

Q    Did you provide it to Mr. Braun in this case?

A    No.

Q    So you're familiar -- there's no questions that you're familiar with the song I'm talking about?

A    Yes.

Q    When you determined that the basic melodic was the same when you compared the