UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TVT MUSIC, INC.                )
                               )
            Plaintiff,         )
                               ) Civil Action No. 05 CV 5602
       -against-               )
                               )
REP SALES, INC. d/b/a RYKO DISTRIBUTION )
PARTNERS and DM RECORDS, INC. d/b/a     )
ICHIBAN RECORDS and/or CRITIQUE         )
RECORDS,                                )
                               )
            Defendants.        )
------------------------------X

## STATEMENT OF ECF SYSTEM FILING DIFFICULTY

Due to scheduled maintenance on the Electronic Case Filing (ECF) system, we were unable to file this pleading on January 12, 2007. In attempting to e-file the pleading on January 12th, the ECF system stated that maintenance was being performed to upgrade the ECF system from 6:00 PM, Thursday, January 11, 2007 until 8:30 AM, Tuesday, January 16, 2007. Therefore, we were unable to log in and file this pleading on January 12, 2007 as ordered by the Court. We electronically filed this pleading as expeditiously as possible after gaining access to the ECF system.

**HALL, BOOTH, SMITH & SLOVER, PC.**

By: /s/ Karl M. Braun
    Karl M. Braun, *pro hac vice* 6/8/04
    BPR #022371
    611 Commerce Street
    The Tower, Suite 3000
    Nashville, TN 37203

**PROSKAUER ROSE LLP**

    Jenifer deWolf Paine (Bar No.: JP 9393)
    1585 Broadway
    New York, New York 10036-8299
    *Attorneys for Defendants Rep Sales, Inc.*
    *d/b/a RYKO Distribution Partners and DM*

*Records, Inc.*